ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 13 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL KAYE,<br>aka "Popopret,"<br>aka "Bestbuy,"<br>aka "TheRealDeal,"<br>aka "Logger,"<br>aka "David Cohen,"<br>aka "Marc Chapon,"<br>aka "UserL0ser,"<br>aka "Spdrman,<br>aka "Dlinch Kravitz,"<br>aka "Fora Ward,"<br>aka "Ibrahim Sahil" | Criminal Indictment<br><br>No.  1:21 CR 139<br><br>Under Seal |

**Order**

Having read and considered the government's Motion to Seal **Indictment** and for good cause shown,

It is hereby ORDERED that the **Indictment**, the motion to seal, and this order be sealed, except that the government may disclose these materials (1) for use in any extradition proceedings relating to the defendant, and (2) to and by law enforcement personnel, including foreign authorities, in connection with the

4

performance of their duties and for the purpose of locating or arresting the defendant.

SO ORDERED this 13 day of April, 2021.

_____
ALAN J. BAVERMAN Linda T. Walker
UNITED STATES MAGISTRATE JUDGE

Presented by:
Ryan M. Christian, Assistant United States Attorney