U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 13 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2016R00570)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:  Fulton

DISTRICT COURT NO.  **1:21CR139**
UNDER SEAL

MAGISTRATE CASE NO.

X Indictment                     Information                     Magistrate's Complaint
DATE: April 13, 2021        DATE:                                   DATE:

UNITED STATES OF AMERICA
vs.
DANIEL KAYE,
aka "Popopret,"
aka "Bestbuy,"
aka "TheRealDeal,"
aka "Logger,"
aka "David Cohen,"
aka "Marc Chapon,"
aka "UserL0ser,"
aka "Spdrman,
aka "Dlinch Kravitz,"
aka "Fora Ward,"
aka "Ibrahim Sahil"

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   X Yes   No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?

District Judge:

Attorney: Ryan M. Christian
Defense Attorney: