FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 1 3 2021

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

DANIEL KAYE,
aka "Popopret,"
aka "Bestbuy,"
aka "TheRealDeal,"
aka "Logger,"
aka "David Cohen,"
aka "Marc Chapon,"
aka "UserL0ser,"
aka "Spdrman,
aka "Dlinch Kravitz,"
aka "Fora Ward,"
aka "Ibrahim Sahil"

**Agent to Arrest**

Indictment/Information

## 1:21 CR 139

UNDER SEAL

ISSUED AND DELIVERED
TO U.S. MARSHAL
_____ 4/14/21
BY: _____ C. Mart
    DEPUTY CLERK

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

/s/ Ryan M. Christian
Ryan M. Christian
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
            Deputy Clerk

## CLASS II WARRANT INFORMATION SHEET