FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 24 2022

**KEVIN P. WEIMER**, Clerk

By: s/ Neethu Varghese
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DANIEL KAYE,<br>aka "Popopret,"<br>aka "Bestbuy,"<br>aka "TheRealDeal,"<br>aka "Logger,"<br>aka "David Cohen,"<br>aka "Marc Chapon,"<br>aka "UserL0ser,"<br>aka "Spdrman,<br>aka "Dlinch Kravitz,"<br>aka "Fora Ward,"<br>aka "Ibrahim Sahil" | Criminal Action No.<br><br>1:21-CR-139 |

**Motion to Unseal Indictment**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the indictment in the above-captioned case be unsealed so that it can be made public in anticipation of defendant Daniel Kaye's initial appearance and arraignment tomorrow.

WHEREFORE, the United States of America respectfully requests that the indictment and sealing order be unsealed.

Submitted this 24th day of October 2022.

>Respectfully submitted,
>
>RYAN K. BUCHANAN
>   *United States Attorney*
>
>   /s/ Samir Kaushal
>―――――――――――――――
>Samir Kaushal
>   *Assistant United States Attorney*
>Georgia Bar No. 935285
>Samir.Kaushal@usdoj.gov