FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Oct 24 2022

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL KAYE,<br>aka "Popopret,"<br>aka "Bestbuy,"<br>aka "TheRealDeal,"<br>aka "Logger,"<br>aka "David Cohen,"<br>aka "Marc Chapon,"<br>aka "UserL0ser,"<br>aka "Spdrman,<br>aka "Dlinch Kravitz,"<br>aka "Fora Ward,"<br>aka "Ibrahim Sahil" | Criminal Action No.<br><br>1:21-CR-139 |

## Order

Having read and considered the government's Motion to Unseal Indictment and for good cause shown,

It is hereby ORDERED that the indictment and the sealing order be unsealed in the above-captioned case.

SO ORDERED this 24th day of October, 2022.

_____
J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE



ATTEST: A TRUE COPY
CERTIFIED THIS

Date: Oct 24 2022

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
Deputy Clerk