**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

         Plaintiff,

vs.                                                                            CASE NO. 1:21-cr-139

DANIEL KAYE,

         Defendant.

## ORDER APPOINTING COUNSEL

REBECCA SHEPARD

    The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

    Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

    Dated at Atlanta, Georgia this  25TH  day of  October , 2022.

UNITED STATES MAGISTRATE JUDGE