U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A   (With Counsel)

CRIMINAL NO. 1:21-CR-0139

I, Daniel Kaye, defendant, having received a copy of the Indictment and having been arraigned, plead **Not Guilty** to Counts 1, 2, 3, 4, 5, 6, 7, 8, and 9 of the Indictment.

In Open Court this 25th day of October, 2022.

_____
SIGNATURE (Defense Attorney)
R. Shepard

_____
SIGNATURE (Defendant)
Daniel Kaye

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: _____
Bar Number: 780692

_____

_____

Phone: _____

Filed in Open Court by:
Traci Clements Campbell
(Signature)

10/25/2022
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12