MAGISTRATE'S CRIMINAL MINUTES

ARRAIGNMENT
    PLEA AND
        SENTENCE



Time in Court: _____ Hrs  **41** Min

Filed in Open Court:   Date: **10/25/2022**   Time: **3:25 pm**   Tape: **FTR**

Magistrate (presiding): **LINDA T. WALKER**   Deputy Clerk: **Traci Clements Campbell**

Case Number:   **1:21-CR-139**   Defendant's Name: **Daniel Kaye**
AUSA:   **Samir Kaushal**   Defendant's Attorney: **Rebecca Shepard**
USPO/PTR:   **USPO K. White**   Type Counsel: ( ) Retained   ( ) CJA   (X) FPD   ( ) Waived

____ ARREST DATE: _____
____ INTERPRETER: _____

X   INITIAL APPEARANCE HEARING.  (X) In THIS DISTRICT   Dft in custody? (X) Yes   ( ) No

X   Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

X   ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel.

____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

____ Dft to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed.   ____ WAIVER OF INDICTMENT filed.

X   Copy **indictment**/information given to dft? (X) Yes   ( ) No   Read to dft? ( ) Yes   ( ) No   (X) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

X   ARRAIGNMENT HELD. ( ) Superseding indictment / information   ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft

____ Dft failed to appear for arraignment.   Bench warrant issued _____

X   Dft enters PLEA OF NOT GUILTY.   ( ) Dft stood mute; plea of NOT GUILTY entered.   ( ) Waiver of appearance.

____ MOTION TO CHANGE PLEA, and order allowing same.

X   ASSIGNED TO JUDGE **J.P. Boulee** for (X) trial   ( ) arraignment/sentence.   **Dft intends to enter a guilty plea.**

____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

X   Estimated trial time: ____ days.   (X) SHORT   ( ) MEDIUM   ( ) LONG

____ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2                                     Case No.: 1:21-cr-139
                                                        Defendant: Daniel Kaye

__X__   Government MOTION FOR DETENTION filed.  Hearing set for  __10/31/2022__  at  __10:00 AM__

__X__   Temporary commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

_____   BOND / PRETRIAL DETENTION hearing held.

_____   Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN

_____   WRITTEN ORDER TO FOLLOW.

_____   HEARING HELD on motion for reduction / modification of bond.

_____   Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

_____   WRITTEN ORDER TO FOLLOW.

_____   BOND SET at _____

_____   Non-surety

_____   Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

_____   SPECIAL CONDITIONS: _____
        _____
        _____
        _____

_____   Bond filed; defendant released.

_____   Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:** _____
_____
_____
_____

ARRAIGNMENT - Pg. 2                           Case No.:  1:21-cr-139
                                              Defendant: Daniel Kaye

**MISC:**     **<u>MAGISTRATE JUDGE'S ORDER</u>**

  X    Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* <u>373 U.S. 83</u> (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendant's guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.