IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>DANIEL KAYE,<br>aka "Popopret,"<br>aka "Bestbuy,"<br>aka "TheRealDeal,"<br>aka "Logger,"<br>aka "David Cohen,"<br>aka "Marc Chapon,"<br>aka "UserL0ser,"<br>aka "Spdrman,<br>aka "Dlinch Kravitz,"<br>aka "Fora Ward,"<br>aka "Ibrahim Sahil" | Criminal Action No.<br>1:21-CR-139 |

**Government's Motion for Detention**

The United States of America, by counsel, Ryan K. Buchanan, United States Attorney, and Samir Kaushal, Assistant United States Attorney for the Northern District of Georgia, moves for detention of defendant Daniel Kaye under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

Kaye is eligible for a detention order because there is a serious risk that he will flee.

## 2. Reason for Detention

The Court should detain Kaye because there are no conditions of release that will reasonably assure his appearance as required. Kaye is a foreign national who is a United Kingdom citizen. In September 2022, Kaye consented to extradition from Cyprus to the United States. He was taken into federal law enforcement custody on October 24, 2022, and arrived in Atlanta, Georgia that same day. Kaye has no ties to this District; no known employment or family in the United States; no residence at which he may reside in the District; and no legal status to reside or work in the United States. There is also an immigration detainer for Kaye. All of these factors create a serious risk that Kaye will flee the United States if released on bond.

## 3. Time for Detention Hearing

The United States requests the Court conduct the detention hearing at the time of arraignment. The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.


Dated: October 25, 2022.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181

RYAN K. BUCHANAN
United States Attorney


SAMIR KAUSHAL
Assistant U.S. Attorney
Ga. Bar No. 935285

2

## Certificate of Service

The United States Attorney's Office served this document today by filing it using
the Court's CM/ECF system, which automatically notifies the parties and counsel
of record.

Rebecca Shepard

October 25, 2022

SAMIR KAUSHAL

*Assistant United States Attorney*