✎ AO 470  (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ GEORGIA

UNITED STATES OF AMERICA

**V.**

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

DANIEL KAYE
*Defendant*

Case     1:21-cr-139

Upon motion of the _____ U. S. GOVERNMENT _____, it is ORDERED that a

detention hearing is set _____ 10/31/2022 _____ * at ___ 10:00 a.m _____
                          *Date*                          *Time*

before _____ UNITED STATES MAGISTRATE JUDGE LINDA T. WALKER _____
                          *Name of Judicial Officer*

Courtroom 1860,   U. S. Courthouse 75 Ted Turner Drive Street, S.W. Atlanta., GA 30303
                          *Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) _____

_____ ) and produced for the
          *Other Custodial Official*

Date: ~~10/31/2022~~ _____
          10/26/2022                          *Judicial Officer*

_____

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.