MAGISTRATE'S CRIMINAL MINUTES

**ARRAIGNMENT**
  **PLEA AND**
    **SENTENCE**



Time in Court: ____ Hrs  37 Min

Filed in Open Court:   Date: 10/31/2022   Time: 10:00 AM   Tape: FTR

Magistrate (presiding): **LINDA T. WALKER**      Deputy Clerk: **Traci Clements Campbell**

Case Number: 1:21-CR-139-JPB      Defendant's Name: DANIEL KAYE

AUSA: SAMIR KAUSHAL      Defendant's Attorney: REBECCA SHEPARD

USPO/PTR: K. White      Type Counsel: ( ) Retained  ( ) CJA  (X) FPD  ( ) Waived

____ ARREST DATE: _____

____ INTERPRETER: _____

____ INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT   Dft in custody? ( ) Yes   ( ) No

____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel.

____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

____ Dft to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed.      ____ WAIVER OF INDICTMENT filed.

____ Copy **indictment**/information given to dft? ( ) Yes   ( ) No   Read to dft? ( ) Yes   ( ) No   ( ) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

____ ARRAIGNMENT HELD. ( ) Superseding indictment / information   ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt   ( ) Dft

____ Dft failed to appear for arraignment.   Bench warrant issued _____

____ Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.  ( ) Waiver of appearance.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ ASSIGNED TO JUDGE _____ for ( ) trial   ( ) arraignment/sentence.

____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

____ Estimated trial time: ____ days.   ( ) SHORT   ( ) MEDIUM   ( ) LONG

____ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued

ARRAIGNMENT - Pg. 2                                     Case No.:
                                                        Defendant:

\_\_\_\_ until _____ at _____ for sentencing.

\_\_\_\_ Government MOTION FOR DETENTION filed.  Hearing set for _____ at _____

\_\_\_\_ Temporary commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

X     BOND / PRETRIAL DETENTION hearing held.

X     Government MOTION FOR DETENTION ( ) GRANTED   ( ) DENIED   (X) WITHDRAWN

\_\_\_\_ WRITTEN ORDER TO FOLLOW.

\_\_\_\_ HEARING HELD on motion for reduction / modification of bond.

\_\_\_\_ Motion for reduction / modification of Bond   ( ) GRANTED   ( ) DENIED.

\_\_\_\_ WRITTEN ORDER TO FOLLOW.

X     BOND SET at   $100,000 (OR)        The defendant's brother, Leeor Geater, will co-sign on this bond in New Jersey.

\_\_\_\_ Non-surety

\_\_\_\_ Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY

\_\_\_\_ SPECIAL CONDITIONS: _____

_____

_____

\_\_\_\_ Bond filed; defendant released.

X     Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

WITNESSES: _____

_____

_____

_____