**FEDERAL DEFENDER PROGRAM, INC.**
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
SUITE 1500, CENTENNIAL TOWER
101 MARIETTA STREET, N.W.
ATLANTA, GEORGIA 30303

STEPHANIE KEARNS
EXECUTIVE DIRECTOR

TELEPHONE
404 688-7530
800 688-7538
FAX
404-688-0768

November 2, 2022

<u>**VIA ECF**</u>

Courtroom Deputies
United States District Court for the Northern District of Georgia
United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

    Re:    Attorney Leave Notice

Dear Courtroom Deputy:

This letter is to notify the Court pursuant to L. Cr. R. 57.1E(4), N.D. Ga., that I will be out of the office during the dates listed below. I request that the Court not schedule any appearances in the below-referenced matters on those dates. Your consideration is greatly appreciated.

1. December 20, 2022 through and including December 28, 2022

        Respectfully submitted,

        <u>*/s/ Rebecca Shepard*</u>
        Rebecca Shepard, Esq.
        Staff Attorney

cc:    AUSA (by ECF)

<u>Cases noticed</u>:
*United States v. Rayford Courtney Beavers*, Case No. 1:22-CR-00263-WMR-RDC-1
*United States v. Zac DeMyers,* Case No. 1:22-CR-00044-MLB-RDC-1
*United States v. Montavis Dixon,* Case No. 3:20-CR-00003-TCB-RGV-1
*United States v. Nagee Talib Lumley,* Case No. 1:21-CR-00446-LMM-RDC-1

*United States v. Steven Randal Miles,* Case No. 1:21-MJ-00847-JKL-1
*United States v. Kenneth Mims,* Case No. 1:21-CR-00301-MHC-1
*United States v. Dorian Mitchell,* Case No. 1:18-CR-00350-LMM-JFK-1
*United States v. Antonio Ortega,* Case No. 1:22-CR-00285-JPB-RGV-1
*United States v. Daniel Kaye,* Case No. 1:21-CR-00139-JPB
*United States v. Zarqurous Lequis Sanders,* Case No. 1:20-CR-00346-WMR