# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:21-cr-00139-JPB**
**USA v. Kaye**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 11/03/2022.

TIME COURT COMMENCED: 11:05 A.M.
TIME COURT CONCLUDED: 1:35 P.M.
TIME IN COURT: 1:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
USPO: Paul Sims
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT(S): | [1]Daniel Kaye Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA<br>Rebecca Shepard representing Daniel Kaye |
| PROCEEDING CATEGORY: | Plea and Sentence; |
| PLEADINGS FILED IN COURT: | Guilty Plea and Plea Agreement |
| MINUTE TEXT: | Defendant sworn. Signatures verified and the signed Guilty Plea and Plea Agreement tendered to the Court. The Court advised Defendant of his rights. The government presented a statement with elements of the offense and evidence in the case and summarized the penalties of the offense. The Court finds factual basis for acceptance of the plea, announced the findings and accepted and entered Defendant's plea of guilty to Count 6 of the Indictment. Parties waived their right to a PSR. No objections to the guideline calculations. The Court presented guideline calculations and sentencing options and heard from counsel regarding a joint recommendation. Defense tendered an Immigration Detainer, which the Court will mark as Court's Exhibit 1. Defendant allocuted. 3553 factors given. The Court sentences Defendant to a custodial sentence of TIME SERVED, $100 special assessment, fine waived and ONE YEAR of Supervised Release as to Count 6. No objections to the sentence. Appeal rights given. The Court orders Defendant be immediately released from custody. |
| HEARING STATUS: | Hearing Concluded |