USMS: 28333-510
F.d: 11263986

AO 442 (12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
By USMS at 9:04 am, Apr 15, 2021

UNITED STATES OF AMERICA,

vs.

DANIEL KAYE

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-139—JPB

~~UNDER SEAL~~

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DANIEL KAYE and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Access Device Fraud (Unauthorized Solicitation).

in violation of **Title 18, United States Code, Section(s) 1029(a)(6) and (c)(1)(A)(i) and Section 2**

JAMES N. HATTEN
Name of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

s/Cynthia Mercado
Signature of Issuing Officer

April 14, 2021 at Atlanta, Georgia
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 29 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:   04-14-2021

Agent Christopher Conte
Name and Title of Arresting Officer

Date of Arrest:   10-24-2022

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

F.d. 11263986

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



UNITED STATES OF AMERICA,

vs.

DANIEL KAYE

**AGENT TO ARREST**

**WARRANT FOR ARREST**

CASE NO. 1:21-CR-139
**UNDER SEAL**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest DANIEL KAYE and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Access Device Fraud (Unauthorized Solicitation).

in violation of **Title 18, United States Code, Section(s) 1029(a)(6) and (c)(1)(A)(i) and Section 2**

JAMES N. HATTEN
Name of Issuing Officer

s/Cynthia Mercado
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

April 14, 2021 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  10/24/2022

Date of Arrest:  10/24/2022

Christopher Conte, Special Agent
Name and Title of Arresting Officer

_____
Signature of Arresting Officer